DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BERNARD MARTINEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-460
_____

February 23, 2024

Appeal from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Howard L. Dimmig, II, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

PER CURIAM.

Affirmed.

VILLANTI, LaROSE, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.